# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **SOURABH KUMAR** | **CASE NO.  3:26-CV-00266 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KRISTI NOEM ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## MEMORANDUM ORDER

Pending before the Court is a Motion for Temporary Restraining Order ("TRO") [Doc. No. 10] filed by Petitioner, Sourabh Kumar ("Kumar"). For the following reasons, the Motion is **DENIED**.

Kumar, a citizen and national of India, entered into the United States without inspection on or about November 16, 2024.[1] Shortly thereafter, United States Customs and Border Protection detained Kumar and issued him a Notice to Appear ("NTA").[2] The NTA placed Kumar in regular removal proceedings and charged him as an alien present in the United States who has not been admitted or paroled.[3] On June 20, 2025, Kumar submitted an application to the Executive Office for Immigration Review for asylum, withholding of removal, and protection under the Convention Against Torture because of his alleged "opposition to the government policies in India that led to mistreatment."[4] On September 8, 2025, the immigration judge denied Kumar's applications.[5] On September 10, 2025, Kumar appealed the

---

[1] [Doc. No. 1, p. 5].
[2] [Doc. No. 10-1, p. 2].
[3] [Id.].
[4] [Id.].
[5] [Id.].

immigration judge's decision to the Board of Immigration Appeals ("BIA"), and on May 15, 2026, the BIA dismissed Kumar's appeal.[6] Kumar states that he has filed an appeal to the Fifth Circuit Court of Appeals.[7] Kumar has been  detained since November 2024; and at the time he filed his Habeas Petition, he was detained at Jackson Parish Correctional Center, located in Jonesboro, Louisiana.[8] Kumar has since been transferred and is now detained at the IAH Secure Adult Detention Facility in Texas.[9]

Kumar seeks a TRO, requiring release from custody under *Zadvydas v. Davis*, 533 U.S. 701 (2001), and a stay of removal while his Habeas Petition remains pending.[10] Kumar bases these requests on his immigration proceedings that allegedly raise due process concerns and prolonged detention under *Zadvydas*.[11]

On September 8, 2025, an immigration judge issued Kumar's removal order, and on May 15, 2026, the BIA dismissed Kumar's appeal. As the BIA has dismissed Kumar's appeal, the order of removal is final. *See* 8 C.F.R. § 1241.1(a). ("An order of removal by the immigration judge shall become final upon dismissal of an appeal by the Board of Immigration Appeals.") (citation modified). As stated above, Kumar's Motion seeks a stay of removal pending final resolution of his habeas proceeding. The Fifth Circuit recently clarified that a request for stay of removal is a challenge to a removal order. *Imran v. Harper*, No. 25-30370, 2026 WL 93131, at *1 (5th Cir. Jan.

---

[6] [Id.].
[7] [Id.].
[8] [Doc. No. 1, p. 2].
[9] [Doc. No. 10-1, p. 2].
[10] [Id. at p. 7].
[11] [Id. at p. 5].

13, 2026). Section 1252(g) strips federal courts of subject matter jurisdiction over causes or claims "arising from the decision or action by the Attorney General to commence proceedings, adjudicate cases, or *execute removal orders*" against an alien. *Id.*; 8 U.S.C. § 1252(g) (emphasis added). Thus, this Court is without jurisdiction to grant Kumar's request for stay of removal. *See id.*

Moreover, Kumar is not likely to succeed on the merits of release under *Zadvydas*. *Zadvydas* holds detention under § 1231 is presumptively constitutional for up to six months. *Zadvydas*, 533 U.S. at 678. What's more, "detention is mandatory" for the first 90 days following a final order of removal, and Kumar is still within that removal period. *See Johnson v. Guzman Chavez*, 594 U.S. 523, 528 (2021) (citing 8 U.S.C. § 1231(a)(2)). Thus, Kumar's *Zadvydas* claim is not only improperly raised but also premature, and thus, he is not likely to succeed on the merits of this claim. Accordingly,

**IT IS ORDERED** that Kumar's Motion for Temporary Restraining Order [Doc. No. 10] is **DENIED.**

MONROE, LOUISIANA, this 24th day of June 2026.

Terry A. Doughty
United States District Judge